

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00119-CV

| | | |
|---|---|---|
| Jack Brewer and Zoe Brewer | § | From County Court at Law No. 2 |
| | § | of Denton County (CV2012-03128) |
| v. | § | September 19, 2013 |
| Green Lizard Holdings, L.L.C. | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the case should be dismissed as moot. It is ordered that the trial court's judgment is vacated, and the case is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM